IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                        )
IN RE VIVENDI UNIVERSAL, S.A.    )    Civil Action No.: 1:02-CV-05571
SECURITIES LITIGATION              )
                                                        )    CLASS ACTION
_____)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned had been retained by and hereby appears as counsel in the above-captioned action for and on behalf of DWS Investmentgesellschaft MBH, KBC Asset Management NV, Universal-Investment-Gesellshaft mbH, Pioneer Investment Management SGRPA, Oppenheim Kapitalanlagegesellschaft mbH; Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Oppenheim Asset Management Services S.'ar.1, Union Asset Management Holding AG, Indexchange Investmeent AG, SEB Investment Management AB, Raiffeisen Kapitalanlage-Gesellschaft m.b.H, Pioneer Investments Kapitalanlage-Gesellschaft m.b.H.: Pioneer Investments Austria GmbH, LRI Landsbank Rheinland-Pfalz International S.A., Landesbank Berlin Investment GmbH, Deutsche Asset Management Investementgesellschaft mbH, DWS Investment GmbH, Skandia Insurance Company Ltd., and Fortis Investment Management SA., and request that service of all papers herein be made upon the undersigned at the address set forth below.

Respectfully submitted this 11th day of January, 2008.

                         MOTLEY RICE LLC

By:   /s/ Michael E. Elsner
       _____
       Michael E. Elsner (ME-8337)
       28 Bridgeside Blvd.
       P.O. Box 1792
       Mt. Pleasant, SC 29465
       Telephone:  (843) 216-9000
       Facsimile:  (843) 216-9450
       Email:  melsner@motleyrice.com