

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Oppenheim Kapitalanlagegsellschaft mbH *et al.*,

        **Plaintiffs,**

        v.

Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo,

        **Defendants.**

**Civil Action No. 07 Civ. 8830 (RJH)**

**Related to No. 02 Civ. 5571 (RJH)**

**Motion to Admit Counsel Pro Hac Vice**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Leslie M. Kelleher, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Nathan D. Finch |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7801 / (202) 429-3301 |

Nathan D. Finch is a member in good standing of the Bar of the State of Virginia and the District of Columbia Bar. There are no pending disciplinary proceedings against Nathan D. Finch in any State or Federal Court.

299227

– 2 –

Dated: _____

City, State:    Washington, D.C.

Respectfully submitted,

_____

Leslie M. Kelleher

SDNY Bar. No. LK5943

Caplin & Drysdale, Chartered

375 Park Avenue, 35th Floor

New York, New York  10152-34500

Phone:    (212) 319-7125

Fax:       (212) 644-6755

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Oppenheim Kapitalanlagegsellschaft mbH *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Vivendi Universal, S.A., Jean Marie Messier, )<br>and Guillaume Hannezo, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 07 Civ. 8830 (RJH)<br><br>Related to No. 02 Civ. 5571 (RJH)<br><br><br>Affidavit of Leslie M. Kelleher in<br>Support of Motion to Admit Counsel<br>Pro Hac Vice |

State of New York    )
                                  )    ss:
County of New York  )

Leslie M. Kelleher, being duly sworn, hereby deposes and says as follows:

1.    I am Leslie M. Kelleher, counsel for Oppenheim Kapitalanlagegsellschaft mbH et al., in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Nathan D. Finch as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Nathan D. Finch since May of 2005.

4.    Mr. Finch is a Member at Caplin & Drysdale, Chartered, in Washington, D.C.

5.    I have found Mr. Finch to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Nathan D. Finch, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Nathan D. Finch, pro hac vice, which is attached hereto as Exhibit A.

299226

WHEREFORE it is respectfully requested that the motion to admit Nathan D. Finch, pro hac vice, to represent Oppenheim Kapitalanlagegsellschaft mbH in the above-captioned matter, be granted.

Dated: ___1/24/08___

City, State: Washington, D.C.

Respectfully submitted,

Leslie M. Kelleher
SDNY Bar No. LK5943



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

Nathan D. Finch

was on the ___10th___ day of _____September, 1993_____

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 18, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

Howard W. Martin, Jr., Chair
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Manuel A. Capsalis, President-elect
Capsalis, Bruce & Reaser, P.L.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
Telephone: (703) 358-9620

George W. Chabalewski
Bar Counsel



Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501    TDD: (804) 775-0502

*January 17, 2008*

### CERTIFICATE OF GOOD STANDING

*THIS IS TO CERTIFY THAT **NATHAN DAVID FINCH** IS AN ACTIVE*

*MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.   **MR.***

***FINCH** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER***

***1, 1992,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION*

*GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.*

*SINCERELY,*

*KAREN A. GOULD*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Oppenheim Kapitalanlagegsellschaft mbH *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo, )<br><br>Defendants. ) | Civil Action No. 07 Civ. 8830 (RJH)<br><br>Related to No. 02 Civ. 5571 (RJH)<br><br><br>Order for Admission Pro Hac Vice on Written Motion |

Upon the motion of Leslie M. Kelleher, attorney for Oppenheim Kapitalanlagegsellschaft mbH et al., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Nathan D. Finch |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7801 / (202) 429-3301 |
| Email Address: | ndf@capdale.com |

Is admitted to practice pro hac vice as counsel for Oppenheim Kapitalanlagegsellschaft mbH et al., in the above-captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

299229

- 2 –

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.


Dated:
City, State:

                                                  _____
                                                  Richard J. Holwell
                                                  United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on January 25, 2008, I served a copy of the MOTION TO ADMIT COUNSEL PRO HAC VICE with the Admissions Clerk of the United States District Court for the Southern District of New York, by overnight delivery. I also caused copies of the same, and of this Certificate of Service, to be served on the following parties by the means indicated below:

Via Federal Express to:

| | |
|---|---|
| Morris A. Bowie, II, Esq.<br>Richard M. Lorenzo, Esq.<br>James G. Szymanski, Esq.<br>Day Pitney, LLP.<br>875 Third Avenue<br>28th Floor<br>New York, NY 10022 | Martin L. Perschetz, Esq.<br>Einat Philip, Esq.<br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Lisa Albert, Esq.<br>Michael J. Malone, Esq.<br>King & Spalding, LLP.<br>1185 Avenue of the Americas<br>New York, NY 10036 | Jonathan D. Polkes, Esq.<br>James W. Quinn, Esq.<br>Penny P. Reid, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10023 |
| Timothy G. Cameron, Esq.<br>Michael T. Reynolds, Esq.<br>Paul C. Saunders, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Michael E. Elsner, Esq.<br>Joseph F. Rice, Esq.<br>Ann K. Ritter, Esq.<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| William H. Narwold , Esq.<br>Ingrid L. Moll, Esq.<br>Motley Rice LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103 | |

- 2 -

Denise A. Tolbert
Caplin & Drysdale, Chartered
1 Thomas Circle, NW
Washington, DC  20005
(202) 862-5000
(202) 429-3301 (facsimile)