UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

This document relates to:

07 Civ. 8830
07 Civ. 10578
07 Civ. 10954
07 Civ. 11628

------------------------------------x

02 Civ. 5571 (RJH)(HBP)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

Having reviewed the motions of plaintiffs in the above-captioned actions ([436] in 02 Civ. 5571; [12], [13] in 07 Civ. 8830; [9], [10] in 07 Civ. 10578; [10], [11] in 07 Civ. 10954; [9] in 07 Civ. 11628), and pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, it is hereby ordered that Nathan D. Finch and Kevin C. Maclay are admitted *pro hac vice* for the purposes of the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov.

SO ORDERED.

Dated: New York, New York
       February 14, 2008

Richard J. Holwell
United States District Judge