THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURIITIES LITIGATION<br><br>This document relates to:<br>1:08-CV-1983<br>1:08-CV-1111<br>1:08-CV-950<br>1:07-CV-11628<br>1:07-CV-10954<br>1:07-CV-10578<br>1:07-CV-8830<br>1:02-CV-5571 | 02 Civ. 5571 (RJH/HBP)<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/10/08 |

Upon the motion of William H. Narwold, attorney for Plaintiff Capital Invest, die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe GmbH in Docket No. 1:02-CV-5571 and for Plaintiffs in Docket Nos. 1:08-CV-1983, 1:08-CV-1111, 1:08-CV-950, 1:07-CV-11628, 1:07-CV-10954, 1:07-CV-10578 and 1:07-CV-8830, and pursuant to Rule 1.3(c) of the local Civil Rules of this Court, IT IS HEREBY ORDERED that

>  Applicant's Name:  Martha Rhodes
>
>  Firm Name:  Motley Rice LLC
>
>  Address: 28 Bridgeside Blvd.
>
>  City/State/Zip:  Mount Pleasant, SC  29464
>
>  Phone Number:  843-216-9000
>
>  Fax Number:  843-216-9430

is admitted to practice pro hac vice as counsel for the above-referenced Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED: 4/8/08

The Honorable Richard M. Berman
United States District Judge