

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Oppenheim Kapitalanlagegesellschaft mbH,        )
ERSTE-SPARINVEST Kapitalanlagegesellschaft      )
 m.b.H.,                                         )
Oppenheim Asset Management Services S.à r.l.,    )
Union Asset Management Holding AG,               )
INDEXCHANGE Investment AG,                       )
SEB Investment Management AB,                    )
Raiffeisen Kapitalanlage-Gesellschaft m. b. H., )
Pioneer Investments Kapitalanlagegesellschaft   )
 mbH,                                            )
Pioneer Investments Austria GmbH,               )
LRI Landesbank Rheinland-Pfalz International     )
 S.A.,                                           )
Landesbank Berlin Investment GmbH,              )
Deutsche Asset Management                        )
 Investmentgesellschaft mbH,                     )
DWS Investment GmbH,                             )
Skandia Insurance Company Ltd., and              )
Fortis Investment Management SA,                 )
                                                 )
                        Plaintiffs,              )
                                                 )
                v.                               )
                                                 )
VIVENDI UNIVERSAL, S.A., JEAN MARIE              )
MESSIER, and GUILLAUME HANNEZO,                  )
                                                 )
                        Defendants.              )

**CIVIL ACTION NO.: 1:07-cv-8830**
**[Related to Civil Action No.**
**1:02-cv-05571-RJH-HBP]**

USDC SDNY
DOCUMENT
ELECTRONICALLY ᴵᴸᴸᴰ
DOC #:
DATE FILED: 6/11/08

## NOTICE OF DISMISSAL AS TO PLAINTIFF PIONEER INVESTMENTS AUSTRIA GmbH (f/k/a CAPITAL INVEST)

Pursuant to Fed. R. Civ. P. 41(a)(1),[1] Plaintiff Pioneer Investments Austria GmbH

(f/k/a Capital Invest) hereby submits its notice of dismissal without prejudice of its claims in

---

[1]      This Notice of Dismissal is also filed in accordance with the Court's Order filed April 10, 2008 in Case No. 02 Civ. 5571 (Doc. #472), in which the Court granted therein individual plaintiff status to Pioneer Investments Austria GmbH (f/k/a Capital Invest).

the above-captioned matter as against all Defendants.

Date: June 6, 2008

*William Narwold/pm*

William H. Narwold (WN-1713)
**Motley Rice LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682
*Attorneys for the Plaintiff PIONEER*
*INVESTMENTS AUSTRIA GmbH (f/k/a*
*CAPITAL INVEST)*

**Of Counsel:**
Joseph F. Rice
Ann K. Ritter
**Motley Rice LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

and

Leslie M. Kelleher (LMK-5943)
**Caplin & Drysdale, Chartered**
375 Park Avenue, 35 Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755
*Attorneys for the Plaintiff*

**Of Counsel:**
Nathan D. Finch
Kevin C. Maclay
**Caplin & Drysdale, Chartered**
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

SO ORDERED.

2

U.S.D.J.
6/10/08