# DUFFY & YOUNG LLC

96 BROAD STREET CHARLESTON SC 29401
telephone 843-720-2044   facsimile 843-720-2047

ATTORNEYS AT LAW

July 25, 2008


RECEIVED
AUG - 1 2008
CHAMBERS OF
RICHARD J. HOLWELL

**Hon. Richard J. Holwell**
**United States District Judge**
**Daniel Patrick Moynihan**
**United States Courthouse**
**500 Pearl St., Room 1950**
**New York, NY 10007**

RE: IN RE VIVENDI UNIVERSAL, S.A., SECURITIES LITIGATION
Civil Action No.: 1:02-cv-05571
This Document Relates to:   1:08-CV-1111
                            1:08-CV-950
                            1:07-CV-11628
                            1:07-CV-10954
                            1:07-CV-10578
                            1:07-CV-8830
                            1:02-CV-5571

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

Dear Judge Holwell:

I am no longer affiliated with the law firm of Motley Rice LLC and am no longer counsel of record for Plaintiff Capital Invest, die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe GmbH (n/k/a Pioneer Investments Austria) in Docket No. 1:02-CV-5571 and for all Plaintiffs in Docket Nos. 1:08-CV-1983, 1:08-CV-1111, 1:08-CV-950, 1:07-CV-11628, 1:07-CV-10954, 1:07-CV-10578 and 1:07-CV-8830.

I respectfully request removal from the dockets in the above-captioned matters. Motley Rice LLC will continue to represent the above-referenced Plaintiffs in those matters.

SO ORDERED
[signature]
US DJ
8/7/08

Respectfully,
[signature]
Lee Anne Walters

LAW/lm

WWW.DUFFYANDYOUNG.COM

June 5, 2008
Page 2

cc:    Jonathan D. Polkes, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Anthony J. Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Diane Zilka, Esq.
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801

Stuart L. Berman, Esq.
John A. Kehoe, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Paul C. Saunders, Esq.
Michael A. Paskin, Esq.
Michael T. Reynolds, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Michael J. Malone, Esq.
Lisa Albert, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Martin L. Perschetz, Esq.
Einat Philip, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022