UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | 02 Civ. 5571 (RJH/HBP)<br>ECF CASE |

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This Memorandum of Law relates to:<br><br>07 Civ. 5742    07 Civ. 7370<br>07 Civ. 7775    07 Civ. 7776<br>07 Civ. 7778    07 Civ. 7779<br>07 Civ. 7863    07 Civ. 7803<br>07 Civ. 8208    07 Civ. 8156<br>07 Civ. 9229    07 Civ. 8830<br>07 Civ. 9593    07 Civ. 10578<br>07 Civ. 10954   07 Civ. 10995<br>07 Civ. 11092   07 Civ. 11305<br>07 Civ. 11483   07 Civ. 11484<br>07 Civ. 11485   07 Civ. 11628<br>08 Civ. 0024    08 Civ. 0116<br>08 Civ. 0117    08 Civ. 0418<br>08 Civ. 1111    08 Civ. 0950<br>08 Civ. 01973   08 Civ. 1938<br>08 Civ. 01983   08 Civ. 01974<br>08 Civ. 01985   08 Civ. 01975 | 02 Civ. 5571 (RJH/HBP)<br>ECF CASE |

**NOTICE OF MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT AGAINST INDIVIDUAL PLAINTIFFS FOR FAILURE TO ESTABLISH LOSS CAUSATION**

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated August 15, 2008, the Declaration of Harris M. Fischman, executed on August 15, 2008, with exhibits thereto, the Statement Pursuant to Civil Rule 56.1, and all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo hereby move this Court, before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, for summary judgment pursuant to Fed. R. Civ. P. 56(b) on claims brought by the

Plaintiffs in the above-captioned individual actions under Sections 11 and 12(a)(2) of the Securities Act of 1933, under Section 10(b) of The Securities and Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, Section 18 of the Securities and Exchange Act of 1934, as well as claims for common law fraud and negligent misrepresentation, as set forth in more detail in the accompanying memorandum of law; and granting such other and further relief as the Court deems just and proper.

August 15, 2008.

                              CRAVATH, SWAINE & MOORE LLP,

            by   _____
                              Paul C. Saunders
                              Daniel Slifkin
                              Timothy G. Cameron
                              Members of the Firm

                              Worldwide Plaza
                              825 Eighth Avenue
                              New York, NY 10019
                              (212) 474-1000
                              psaunders@cravath.com

                              *Attorneys for Defendants Vivendi, S.A.*
                              *and Universal Studios, Inc.*


                       WEIL GOTSHAL & MANGES LLP

                              James W. Quinn
                              Jonathan D. Polkes
                              Penny P. Reid

                              767 Fifth Avenue
                              New York, NY 10153
                              (212) 310-8000
                              james.quinn@weil.com

                              *Attorneys for Defendants Vivendi, S.A.*
                              *and Universal Studios, Inc.*

KING & SPALDING LLP

Michael J. Malone
Paul A. Straus
Lisa Albert

1185 Avenue of the Americas
New York, NY 10036
(212) 556-2136
pstraus@kslaw.com

*Attorneys for Defendant Jean-Marie Messier*

SCHULTE ROTH & ZABEL LLP

Martin L. Perschetz
Michael E. Schwartz
Einat Philip

919 Third Avenue
New York, NY 10022
(212) 756-2247
martin.perschetz@srz.com

*Attorneys for Defendant Guillaume Hannezo*

TO:

Diane Zilka, Esq.
    Grant & Eisenhofer P.A.
        Chase Manhattan Centre
            1201 North Market Street
                Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

3

Anthony J. Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*